Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 4:13-cr-40027-TSH |
| | ) | |
| **GREGORY GUERTIN** | ) | |

## WAIVER OF INDICTMENT

I, **GREGORY GUERTIN**, the above-named defendant, who is accused of conspiracy to commit convert public money in violation of 18 U.S.C. § 371, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on December 17, 2013, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
GREGORY GUERTIN, Defendant

_____
Counsel for the Defendant
DANIEL W. CRONIN
12/17/13

Before: _____
Timothy S. Hillman
U.S. District Court Judge