To the Honorable Judge Timothy Hillman:

My name is Victoria Guertin. I have been waiting a while to write a character reference for Gregory Guertin Jr. I thought I would be writing it as his girlfriend but I am in fact writing it as his wife. I'm sure you are expecting to hear only good things about Greg from this character reference and all the others submitted with it, otherwise why on earth would we submit it? There are of course people out there who do not like my husband, as shocking as that is for me and his mother. Greg and I have known each other for two and a half years. I knew him for seven months as my closest friend, a year as my boyfriend and now five months as my husband. I can honestly say it is hard for me to know that Greg has this problem hanging over his head because I know him so well. It is extremely out of character for him. Greg is the type of person who you think doesn't have a care in the world because he is always smiling and quick to a joke. Greg is so down to earth I often say if he was any more laid back he'd be laying down. Greg carries on in his everyday life as if he doesn't have a care in the world, always being helpful to his customers at Verizon Wireless Zone, or wrestling with his two young boys, or taking a nice walk with me in the evening.

I am here to tell you, Your Honor, that Greg has every care on his shoulders. In the end, whatever you decide is a fitting punishment for Greg, there is no way that the justice system can punish my husband more than he punishes himself. Greg has not slept through the night as long as he and I have lived together. He is plagued by insomnia and despite the fact that he takes a sleeping aid every night it persists. When he does sleep, Greg tosses and turns, and at least twice a week I wake up to him talking in his sleep about his children, him waking up with a nightmare, and twice, heartbreakingly, he was crying in his sleep. Greg will wake up frequently by jolting awake and yelling. He dreams of people coming and dragging him away from his family. Greg takes an antidepressant he was prescribed and yet still suffers from depression every day. What is causing all these problems? His guilt. Greg has told me, in the few times he has actually talked to me about his situation, that he feels as though he has let down everyone in his life. Greg feels that even though they have never said so, he has been a disappointment to his parents because he first had a child out of wedlock, later divorced, and then stole money from the government through this scheme he got involved in.

He feels he has let his sons down, ages four and eight. Though they do not know any of what has been going on, Greg knows he will one day explain it to them and it causes him shame to have to admit to his sons that he was no man enough to avoid such a temptation. Furthering his guilt, his ex-wife is very sick with some sort of blood clotting disorder and cannot work. She and the children live with her parents and the child support Greg gives her weekly, plus the extra money he gives her for the kids when the occasion arises is quite literally the only financial support she or the children receive other than her parents letting them stay there for no rent.

Greg feels devastated that I have become involved in the situation. I knew way before Greg and I became romantically involved what Greg had done and my eyes were wide open about his

situation. But he feels a heavy burden that I may be left without him for up to three years because of his past decisions. And last of the things I'm going to list is Greg feels as though he let his country down for stealing money. He has always wanted to be the hero, someone who works hard, pays his bills, and is just an all around good American. He now feels he is the exact opposite of the hero - he has become the villain.

This situation follows Greg around like a rain cloud hanging over his head every day. Some days he has good days and I can see the sun shining on my husband's face and he is as I remember him to be, before all this started happening. Most days, Greg is overshadowed by this weight of guilt and shame and so he lets everything beat him up. Greg gets so depressed that he forgets to feed and shower himself. I worry about his mental and physical health. Greg wants to be punished for what he has done but the way he tortures himself everyday is more punishment than anyone else could give him.

My husband is a good man, honest and dependable. I cannot speak to what possessed him to commit these crimes. I know that he was newly separated from his now ex-wife when Danielle Pazi approached him about the scheme. Greg's ex wife's main complaint was that the family never had enough money. He was desperate to keep the relationship together and was obviously willing to try anything to keep her happy. I have known Greg for a while and in a variety of settings and as a variety of roles (friend, boyfriend, husband) in my life and I will tell you this, Your Honor: My husband does not make good choices when he is under pressure and does not think his actions all the way through. But that is a little obvious given our situation isn't it?

I beg you to give my husband a second chance, I know in my heart as sure as I live and breathe, he will never do anything like this again. Unfortunately Greg made the mother of all horrible decisions. I pray every night for the strength for Greg, myself and his mother to accept God's will and your sound judgment. There's nothing more I can say. I wrote this to show you the side of Greg that no one sees but me. I don't even think Greg is even fully aware of all the pain he shows me he harbors every night; he goes to lengths to hide it from me. All the other character references will extol Greg's many excellent qualities and they are all true. However I wanted Your Honor to get the full picture of just how sorry Greg is. I look at the word "sorry" in this letter and can't help but think about how grossly that understates how Greg feels.


Thank you for your time Judge, and may God bless you and your family this holiday season,


Victoria Guertin



A Division of RE Leung Enterprises, Inc.

December 12, 2014

Hon. Timothy Hillman

Worcester Federal Court House

Your Honor,

I provide this Character Reference for Gregory Guertin in full knowledge of Mr. Guertin's charge of Conspiracy to Convert Government Funds. I have known Gregory Guertin since he started working for me in September 2013 as my Store Manager. During the year that I have known him, he has been active in finding me ways to save money and to help me not have to worry about that store. I trust him with everything, from inventory to cash management. I've never had a single issue or suspected any issue. He offers to work longer hours to help with the limited staff we have on hand. In my opinion Gregory is a young man of integrity and honesty. I believe his faith and hard work to be sincere and that it is totally out of character for him to be involved with a conspiracy to convert government funds. I believe that he sincerely and completely regrets his actions. Mr. Guertin is a very generous and community-minded individual who is willing to help out in the community. He is a gifted, talented, and hardworking young man. During the timeframe of these charges, he was under significant financial pressure and succumbed to both temptation and work pressure. He immediately regretted his actions and has struggled with both anxiety and depression since. I have spoken with Mr. Guertin in regards to the events in question. It is a source of intense regret and embarrassment for him and this incident strikes me as extremely uncharacteristic. He has never been before the courts previously nor, I believe, is likely to again. It is an incident which he would like to take responsibility for and move on from, and I wish him the best endeavor so he may continue the positive contribution that he makes to our society.

If you wish for me to confirm any of the above, please do not hesitate to contact me at 617-823-1787.

Sincerely,

Ray Leung


President,
R.E. Leung Enterprises

438 W. Grove Street Middleboro, Ma 02346    PHONE 508-947-8854    FAX. 508-947-8829    EMAIL ray.leung@wireless-zone.com

## Greg Guertin Character Reference

### By Lucas Guertin

Honestly speaking, when I heard what my brother had done I was as surprised as anybody, maybe even more so, because before this I had always held him in high regards.   When I was in my junior and highschool years my brother had always been whom i had measured myself against.   That is why it was so surprising.   When he helped me get a job, doing as coworkers do in a slow job in retail, we talked.   From my basic understanding, it almost felt like he was peer pressured into it, not by anybody specific, but by the fact that he was what we considered to be a success and he wanted to provide for his kids and then wife.   Valiant goals, though mislead in actions.   We talked some more and the more I learned the more I understood, I no longer look upto him as I used to, but that is normal. Nobody is perfect and trying to be perfect gets people into trouble, that is why I hold him as someone to emulate, not as someone to follow in all actions, but by the fact that he has become, what i consider a great father, a loving husband, and someone who is trying his very best to rectify a mistake.   That is what I now admire about him, through these legal problems, and through all these other trials of even trying to find a job, etc. he has stayed a constant part of his children's life, even though he may have been able to get a better job, focus on things to help his life out, those sorts of things, but he chose not to because he knows that his children and wife are what is truly important.   Taking him out of their lives will thoroughly hurt his relationship with his children.    I am in college, and have just taken a psychology course, and what was profoundly proven and expanded upon in great detail.   A huge percentage of fatherless children grow up to to be delinquents and juveniles, in comparison to children that have fathers. I do not wish that upon him, his wife, and least of all my cute nephews. If only for that reason I wish that he would not be to harshly punished. But, I have worked with him, I have lived with him for a better part of my life, and I know when he is truly sorry, and right now he has not felt more sorry than anything in his entire life, and he is not going to run away from these consequences whatever they maybe be, big or small, harsh or lenient. I expect that whatever happens our family will have to deal with this, but we will deal with it and take care of his children if worst comes to worst, but that is not what I believe to be deserving. He has volunteered in the case as much as he can, so that he can become "more valuable" in terms of what can I give you so that I can get a more lenient sentencing. Putting, theoretically, his life in danger. He has shown that he wants and is willing to do anything to get a second chance, giving him that second chance is not necessarily the just or fair thing to do, but it is the

right thing to do.

December 11, 2014

The Honorable Timothy S. Hillman
U.S. District Court for the District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Your Honour,

I have known Gregory Guertin Jr. and his family for over fourteen years. Gregory's father, Greg Guertin, Sr. and his mother, Lene and their family often attended our church. We have had many social interactions with them over the years. Gregory and his siblings spent their childhood years growing up together with my children of similar ages. Gregory was always a responsible, helpful older brother. And a good friend to our sons.

We broke contact with the Guertins for about ten years from 2000-2010. I had left a church I had pastored. My wife was reaquainted with Lene around 2009, through a mutual desire to get together again. We, for the last five years, have seen the Guertin family many times for meals, weddings, etc.

I do not know Greg Jr. as intimately as I know his parents. But, I can say, I have never known him to be involved in any abuse of alcohol or drugs. He has not been involved in any other kinds of criminal activity. I know that during this period of his implication of these activities, he was going through a divorce. He had two young sons and money woes. I am not saying this is an excuse. But, to say that if Gregory could have understood the seriousness of his actions involving federal ramifications, he may not have acted as he did.

I believe he acted naively, and had not considered the seriousness of his actions at the time. He has been remarried for the last five months, his new wife really seems to love him and care for him and his two sons. Gregory is a hard working young man and a very caring father. I believe that he has learned from his error and will move on to build a very productive and upright life.

I thank you for your time and consideration of this matter.

Respectfully,
Rev. Barry Christian
19 Reed Hill Road
Wales, MA 01081

# First Congregational Church

North Brookfield, MA 01535
December 12, 2014

Hon. Timothy Hillman
Worcester District Court
225 Main Street
Worcester, Massachusetts 01608

Re: Greg Guertin

Hon. Timothy Hillman:

I've known Greg for most of his life. He comes from a very solid and loving Christian home in which he has been taught right from wrong. Unfortunately, in the present case, I believe that in his naiveté he was taken advantage of by someone who was looking for an individual such as Greg who was gullible.

Greg is extremely remorseful with regards to his mistake. I can assure you that he will never fall prey to this sort of thing again. He has a good heart and this has been a real learning experience for him. He and his wife have been regular attendees at our worship services and have been very helpful in different areas of ministry in our church.

If I can be of any further assistance please do not hesitate to contact me.

Cordially,

**Kenneth G. Winters**
**77 Ward Street**
**N. Brookfield, MA 01535**

December 11, 2014

Subj: Personal Recommendation for Gregory Mark Guertin, Jr.

To: US District Court of Massachusetts
Attention: The Honorable Timothy Hillman

    I am writing this letter to give my input on the character of Gregory Guertin Jr.

    Since my retirement from the Navy Chaplain Corps in 2004, I have served as Associate Pastor at the 1st Congregational Church in N. Brookfield, I have known Mr. Guertin and his family for almost 11 years. He grew up attending our church and being active in our Youth Ministry Programs.

    I am fully aware of the accusations against Greg and that he has admitted to his part in illegal activities. I do believe that he is a law-abiding citizen who made an awful choice. I believe he has learned his lesson the hard way. To my knowledge, he has fully cooperated with the investigation.

    What I can testify to personally is that he has made every effort to improve himself, to grow as a valued and trusted employee and manager, and to build a new life for himself, his new wife and his two children.

    This past July 12th I joined Greg and his wife, Victoria Guertin(nee-Whitehead) in Holy Matrimony. The two of them are a tremendous couple with admirable goals of building a healthy marriage and family together. She has become a treasure to his family, and is deeply loved by his two sons from his previous marriage, Anthony and Hunter. Obviously, she united in marriage with him fully aware of the legal issues he was facing.

    I most strongly recommend that you to give this young man the opportunity to prove himself to be the person his wife, family and I believe him to be. He has worked hard to meet his commitments and is a contributing member of society. My opinion is that absolutely nothing will be gained for his family or our nation by his being incarcerated.

    I will add that, as a Navy Chaplain for over 20 years, I have heard many stories from Marines and Sailors. I believe I have developed a pretty keen sense of when someone is being straight with me or attempting to be manipulative. I believe, if you give him that opportunity, he will never appear before your court or any other for any serious matter.

    If you have any questions for me, please contact me at (774) 922-4144 or by E-mail: winterskn@gmail.com.

Sincerely, In His Service,

Kenneth G. Winters
Lieutenant Commander,
Chaplain Corps, United States Navy (Retired)

Linda Jeanne Ottman
98 Summer Street
North Brookfield, MA 01535
508-867-9662
LJO7777@verizon.net
December 11, 2014

The Honorable Judge Timothy S. Hillman
United States District Court of Massachusetts
595 Main Street
Worcester, MA 01608

Dear Judge Hillman:

I have known Gregory Mark Guertin Jr. and his family for many years. They were part of a Family Bible Study group that I lead in 2000. Gregory was a pleasant happy boy. He willingly helped his brothers and parents as we did various activities to learn more about God and His creation. They all regularly attended the First Congregational Church of North Brookfield, where I am the choir director, together.

During the 2004 to 2005 school year I was the teacher for Gregory, who was home schooled, for English, Biology, American Government, Economics, and Art. He assisted his brothers as we all learned how to use a microscope and do some experiments together during whole family Biology Labs. He was a pleasant student to work with. He completed his assignments on time, spoke respectfully to everyone, and brought a refreshing enthusiasm to all that he was asked to do. Gregory did well in his studies and attended college full time at first and then part time to balance it and meet the needs of his family.

He now has a family of his own and I have seen him bringing his two sons to church and treating them with kindness and understanding. His children sit with him in church and I have observed him picking them up, holding them, and speaking gently to when they needed comfort or guidance.

After a difficult first marriage both emotionally and financially, Gregory was remarried this summer to Victoria, a lovely young lady, who like Gregory has a strong faith in God. She treats his young sons as if they were her own. Both Gregory and Victoria worked with Vacation Bible School this summer and their cheerful presence and willingness to serve was evident to all.

Please consider the character of this young man and while doing that which is just and right, also show him mercy. Thank you for your time and willingness to consider all of the facts and situations involved in every case. You and everyone involved in this case are in my prayers. May God grant you the wisdom to make the best decision for all the people involved in this case.

Sincerely,

*Linda Jeanne Ottman*
Linda Jeanne Ottman

Your Hon. Timothy Hillman,

    I am writing to you today as a friend of Gregory Guertin. Not only is he a friend of mine but he is also my brother in Christ. We have worked together ministering the youth of our community at Vacation Bible School. He and his wife did such a good job with the pre-school children this summer. My niece was in their class and though she is quite shy, he was able to engage with her and allow her to open up and sing and dance and worship in a way she wouldn't usually. It was a wonderful thing to see. He is very nurturing not only with his own children, but all the children of our church. He is an example to the young adults and the children in our church and our community.

    He is supportive of his church family and he gave generously to help me go on a missions trip to Peru this summer. I have stumbled in my walk with Christ, like many or maybe even all of us, but he has been a supporter of my re-dedication of my life to Christ and I am a supporter of his as well. In the same way that we teach the children of our small town community, we learn that the mistakes we make can lead us to a better path that is ordained for us, and in our inadequacies, we can grow closer to God and closer to those in our family of believers.

    If you wish to discuss this matter further I am available at any time. Thank you so very much for taking the time to read this letter.

Sincerely,

Crystal Caron-Duval

Crystal Caron-Duval
36 North Common Street
North Brookfield, Ma 01535
508-208-5400

Bonni Holmes
16 Spring Street
North Brookfield, MA 01535

December 12, 2014

Hon. Timothy Hillman
U.S. District Court
District of Massachusetts
595 Main Street
Worcester, MA 01535

Re: Character reference for Gregory Guertin, Jr.

Your Honour,

I provide this reference in full knowledge of Mr. Gregory Guertin Jr.'s charge of conspiracy to convert government funds.

I have known Mr. Gregory Guertin, Jr. for approximately fifteen years. Most of the contact with him is through his family. I have known his mother, father and siblings for the same amount of time. I also have experience with him in a professional capacity. About five years ago, I hired Mr. Guertin to rebuild the computer for Christ Memorial Episcopal Church in North Brookfield where I work. In that capacity, I found him to be very professional, knowledgeable and timely.

The thing that stands out in my mind about Gregory is his love for his children and his wife. He is a very hands on dad. He has been very involved with his children from birth. I have had the opportunity to see this many times. His oldest son is the same age as my son so we are often in the same places. I have always been impressed with his devotion to his family. I would trust him with my children. I am sure that you understand a parent's caution with whom they leave their children with. I very rarely leave them with non-family members.

Should you need to verify any of my statements above, please feel free to call me at (508)867-8022.

Sincerely,

*Bonni Holmes*

Bonni Holmes

To: Hon. Timothy Hillman December 10, 2014

Re: Gregory Guertin

I am writing to you on behalf of Gregory Guertin. I have known Gregory for over 14 years. He is a man who loves his family and works hard for them to be happy. He is fun loving and generous. I have seen him go out of his way for friends when there is no gain for himself.

Over the past few years, I believe he has learned a lot about himself. He has grown up and discovered who he is. Understanding that you can not please everyone has been an eye opening experience for him. He as stepped up to the plate and owned up to his wrongs, most do not do that.

We all have choices in the world and we are responsible for the consequences of those choices. As I have explained to my kids, telling the truth about your mistakes will get you a lessor punishment than if you lie or cover them up.

I know that Gregory has done his best to cooperative during this time. Mistakes have been made and punishments will be given out. Please take into consideration his cooperation in this matter.

Thank you,
Aimee Goguen

The Bayberry House
07 Oak Hill Road
Hyannis MA 02601
508-771-0244
TheBayberryHouse7@Gmail.com

12/10/2014

**RE: Letter of Recommendation for Greg Guertin**

*Dear Hon. Timothy Hillman;*

*I'm writing this letter upon request, concerning Mr. Gregory Guertin. I understand that Greg has gotten himself into trouble and now faces the court to determine judgment. I can speak in support of Greg; he has been friends with my oldest daughter since college days, dated and recently married her.*

*I have known him for a little more than three years. Greg is a very normal young man suffering from what seems to be a common disorder in society today, immaturity. Children seem to grow up much slower as our world becomes more and more fast paced. Greg is of course not a child but at times still subject to child like stupidity. In spite of the serious charges levied against him, I believe Greg to be of good character and know he has worked hard to develop a healthy home-life. He has time and again, expressed his regret and sorrow over his involvement in such stupid behavior; I know he would give anything for a chance to face the situation over and this time not walk, but run away from it. I truly believe he will never make such poor decision again. He has worked hard and held down his job since I have known him. He tries hard to provide a loving home atmosphere for his wife and children and Greg works long hours to keep up with his child support demands.*

*There is no excuse worthy of acceptance for such behavior, but please; I ask you to consider the change in his attitude and lifestyle as evidence of a greater change taking place within.*

*As a result of this litigation Greg has indeed been forced to grow up quickly. He now has surrounded himself with many good people; all looking out for him and providing positive influence.*

*Greg is a very important cog in his family at this time, his ex-wife counts upon his child support to meet his children's needs. His new wife needs him; his two sons need his guidance and love at this fragile point in their lives, if they are ever to have a chance and an honest good life for themselves. And although these are all considerations Greg himself should have realized prior to his involvement in illegal activity; I humbly ask in this holiday season that you please have mercy upon Greg for the sake of the many others involved, as well as his own.*

*Thank you for time, efforts & consideration*

_____
Rev. Timothy J Whitehead
   *Director of operations*

"*A Comfortable Home for those needing Extra Care.*"

# First Congregational Church



144 North Main Street
North Brookfield, MA 01535
508-867-8428

December 11, 2014

Hon. Timothy Hillman
Worcester Federal Court House

Your Honor,

I provide this Character Reference for Gregory Guertin in full knowledge of Mr. Guertin's charge of Conspiracy to Convert Government Funds.

I have known Gregory Guertin since he started attending the Jr High youth group at the First Congregational Church in 1999 at age 12. During the years that I have known him, he has been active with the church participating and volunteering to assist with youth group, Children's Church and Vacation Bible School. He also volunteered with Operation Bear Lift which is an organization that gives toys to underprivileged children around the world. He volunteered with them for 2 years.

In my opinion Gregory is a young man of integrity and honesty. I believe his faith and volunteer work to be sincere and that it is totally out of character for him to be involved with a conspiracy to convert government funds. I believe that he sincerely and completely regrets his actions. Mr. Guertin is a very generous and community-minded individual who is willing to help out in the community, the church, and with his younger siblings whenever he sees a need. He is a gifted, talented, and hardworking young man. During his college years he balanced a fulltime job, supported his wife and child, while taking college courses and graduated in 2009 with a BS degree in Video Game Art & Design. During the timeframe of these charges, he was under significant financial pressure and succumbed to both temptation and work pressure. He immediately regretted his actions and has struggled with both anxiety and depression since.

I have spoken with Mr. Guertin in regards to the events in question. It is a source of intense regret and embarrassment for him and this incident strikes me as extremely uncharacteristic. He has never been before the courts previously nor, I believe, is likely to again. It is an incident which he would like to take responsibility for and move on from, and I wish him the best endeavor so he may continue the positive contribution that he makes to our society.

If you wish for me to confirm any of the above, please do not hesitate to contact me at (508)471-8427.

Sincerely,
Sharon P. Combs
Christian Education Director
First Congregational Church
North Brookfield, MA 01535

**Daniel Cronin**

From: Gregory Guertin [gregguertin007@gmail.com]
Sent: Thursday, December 11, 2014 7:29 PM
To: Daniel Cronin
Subject: Fwd: FW: letter

Kristin Smith

706 Miles Circle

Myrtle Beach, SC

29577

Hon. Timothy Hillman,

I have known Gregory Guertin for approximately 12 years. I first met him when he was part of a homeschool group of which my family and his were members. Gregory was always very helpful with his own siblings and others' children; he was very trustworthy and had a great attitude towards the group. One year my family took Gregory with some other young people on a missions trip to a Pennsylvania based mission. He was a helpful young man, positive and encouraging person to be around. He treated and continues to treat everyone around him kindly and compassionately.

I understand Gregory has to appear in court for check-cashing fraud charges. I know he is extremely remorseful for any involvement he has had. This is completely contrary to any behavior I have experienced. He went through a difficult collapse of his marriage during this time which may have contributed to his lapse of judgement.

He is a hard worker and an ambitious person. He put himself through college while working mostly full-time and has continued to work hard to provide for his family. He has become an adoring and devoted father, committed to his two boys and genuinely enjoys spending time with them. I have seen him interact very lovingly with his family.

Gregory is a sincere individual - still very willing to take opportunities to help and care for others. He has been consistent in his character since I have known him.

Thank you for considering. If you need to confirm any of this, please do not hesitate to contact me at 413-949-1739.


Kristin Smith